**IT IS ORDERED as set forth below:**

Date: April 28, 2010

_C. Ray Mullins_
C. Ray Mullins
U.S. Bankruptcy Court Judge

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : CASE NO: 09-71738-CRM |
| | : |
| | : CHAPTER: 13 |
| JUANITA BURNETT | : |
| Debtor | : |
| ------------------------------ | ------------------------------ |
| U.S. BANK, N.A., IT'S SUCCESSORS AND/OR ASSIGNS, | : |
| Movant, | : |
| | : CONTESTED MATTER |
| vs. | : |
| | : |
| JUANITA BURNETT | : |
| NANCY J. WHALEY, Trustee | : |
| Respondents. | : |

### ORDER MODIFYING AUTOMATIC STAY

U.S. BANK, N.A., IT'S SUCCESSORS AND/OR ASSIGNS, for itself, its successors and assigns (the "Movant"), filed a Motion for Relief from Automatic Stay, which was settled by a Consent Order (the "Order") entered January 15, 2010 (Doc. No. 29). The Order required that Debtor pay certain payments to cure the post-petition arrearage to Movant and make future payments when due. Debtor's property, which is the subject of the Motion is located at 1611

Willow Wood Trace, College Park, GA 30349 (the "Property").  Movant has filed a supplemental Motion supported by an affidavit showing that Movant served a Notice of Default in accordance with the terms of the Order providing Debtor an opportunity to cure and/or contest a default.  It appears that Debtor has failed to cure and/or contest said default within the time allotted under the Order; accordingly, it is hereby

**ORDERED** that the Motion is *granted*: the automatic stay of 11 U.S.C. § 362 is **MODIFIED** to allow Movant to foreclose the Property, and take possession thereof in pursuit of its state law remedies; provided, however, any proceeds remaining after foreclosure of the Property which exceed the lawful debt and the expense of sale incurred by Movant (if allowed by law and the Note) shall be remitted promptly to the Chapter 13 Trustee.  Movant may also, at its option, offer, provide, and enter into a potential forbearance agreement, loan modification, refinance agreement, or other loss mitigation agreement.  Entry of this Order, however, does not absolve the Debtor of any Court required duty to file all necessary pleadings, modifications, and amendments regarding any possible loss mitigation agreement. Trustee may cease disbursements to Movant on its Proof of Claim.

**[END OF DOCUMENT]**

Prepared and Submitted by:

/s/Lisa F. Caplan
Lisa F. Caplan
Attorney for Movant
Georgia State Bar No. 001304
Rubin Lublin Suarez Serrano, LLC
3740 Davinci Court, Suite 100
Norcross, GA 30092
(888) 890-5309
lcaplan@rubinlublin.com

## DISTRIBUTION LIST

JUANITA BURNETT
1611 Willow Wood Trace
College Park, GA 30349

E.L. Clark, Esq.
Clark & Washington, P.C.
3300 Northeast Expressway, Suite A
Building 3
Atlanta, GA 30341

Nancy J. Whaley, Trustee
Nancy J. Whaley, 13 Trustee
303 Peachtree Center Avenue, Suite 120
Atlanta, GA 30303

Lisa F. Caplan, Esq.
Rubin Lublin Suarez Serrano, LLC
3740 Davinci Court, Suite 100
Norcross, GA 30092